UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON subscribing to POLICY NOS. TCNR001338, TCNR005665 and TCNR012269,<br><br>*Plaintiffs,*<br><br>v.<br><br>STOCK BUILDING SUPPLY, LLC n/k/a BMC EAST, LLC,<br><br>*Defendant.* | No. 5:14-CV-367-H |

## ORDER

Upon consideration of Underwriters' Motion to Withdraw Pending Motion to Quash Rule 45 Subpoena and Motion to Bifurcate and/or Stay All Extra-Contractual Claims, filed by Plaintiffs, Certain Underwriters at Lloyd's, London subscribing to Policy Nos. TCNR001338, TCNR005665 and TCNR012269 ("Underwriters"), upon good cause shown,

IT IS HEREBY ORDERED that the Motion to Withdraw Pending Motion to Quash Rule 45 Subpoena and Motion to Bifurcate and/or Stay All Extra-Contractual Claims without prejudice is granted, and the clerk shall terminate the motions.

This 21st day of June 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge